# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 12, 2019

SEAN F. McAVOY, CLERK

## REQUEST FOR OUT OF COUNTRY TRAVEL

Name of Offender: Diaz, Fidel G.
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice
Docket No: 2:19CR00050-TOR-1

### PETITIONING THE COURT

A supervision report was submitted to the Court providing information regarding the above offender's request to travel out of the county. The U.S. Probation/Pretrial Services Officer is seeking the Court's approval for Fidel G. Diaz to travel out of the country.

Respectfully submitted by,

s/StephenKrous            3/12/2019
Stephen Krous             Date
U.S. Probation Officer

### THE COURT ORDERS

Having reviewed the United States Probation/Pretrial Services Officer's request for offender's travel, IT IS HEREBY ORDERED, THE COURT:

[✓] **Approves travel request**
[ ] **Denies travel request**
[ ] **Other**

_Thomas O. Rice_
Signature of Judicial Officer

March 12, 2019
Date