EDWA 50 (3/18)

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 25, 2020**

SEAN F. McAVOY, CLERK

## REQUEST FOR OUT OF COUNTRY TRAVEL

Name of Offender: Fidel G. Diaz
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge
Docket No: 2:19CR00050-TOR-1

### PETITIONING THE COURT

A supervision report was submitted to the Court providing information regarding the above offender's request to travel out of the county. The U.S. Probation/Pretrial Services Officer is seeking the Court's approval for Fidel G. Diaz to travel out of the country from March 26, 2020, to April 3, 2020.

Respectfully submitted by,

*Linda Leavitt*

02/25/2020

Linda J. Leavitt                    Date
U.S. Probation Officer

### THE COURT ORDERS

Having reviewed the United States Probation/Pretrial Services Officer's request for offender's travel, IT IS HEREBY ORDERED, THE COURT:

[X] **Approves travel request**
[ ] **Denies travel request**
[ ] **Other**

*Thomas O. Rice*

Thomas O. Rice, Chief U.S. District Judge
Signature of Judicial Officer

February 25, 2020
Date